**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 533 MAL 2020

           Respondent                 :

                                      :   Petition for Allowance of Appeal

                                      :   from the Order of the Superior Court

           v.                             :

                                      :

TINA TEDESCO,                       :

                                      :

           Petitioner                  :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 20th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.